REC'D BY USMS YUMA, AZ
FEB 17 2026 PM3:05

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

DATE: 2/17/2026

THE UNITED STATES MARSHAL IS AUTHORIZED TO RELEASE DEFENDANT:

26 01126 MJ 1 Guerrero-Cardenas, David

FROM CUSTODY PURSUANT TO THE COURT'S ORDER MADE IN OPEN COURT THIS DATE.

__X__ Time Served

____ Probation

____ Dismissal

ADDITIONAL INSTRUCTIONS:

DEBRA LUCAS, CLERK/DCE

By:   /s/Jocelyn Arviso
      Jocelyn Arviso
      Courtroom Deputy for Magistrate Judge
      James F. Metcalf